**FILED**
CLERK, U.S. DISTRICT COURT

06/03/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GURCHARAN SINGH,<br><br>　　　　Defendant. | No. 8:22-cr-00075-JWH<br><br>**I N F O R M A T I O N**<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

　　The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

　　On or about September 7, 2018, in Orange County, within the Central District of California, and elsewhere, defendant GURCHARAN SINGH, a resident of Anaheim, California, willfully made and subscribed to a materially false joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant SINGH did not believe to be true and correct as to every material matter, in that on line 22 of his Form 1040, defendant SINGH

reported that his total income for the calendar year 2017 was $44,865, when, in fact, as defendant SINGH then knew, his total income for calendar year 2017 was approximately $3,901,321.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about October 14, 2019, in Orange County, within the Central District of California, and elsewhere, defendant GURCHARAN SINGH, a resident of Anaheim, California, willfully made and subscribed to a materially false joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant SINGH did not believe to be true and correct as to every material matter, in that on line 6 of his Form 1040, defendant SINGH reported that his total income for the calendar year 2018 was

/ / /

/ / /

/ / /

$59,856, when, in fact, as defendant SINGH then knew, his total income for calendar year 2018 was approximately $2,556,195.

TRACY L. WILKISON
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office